# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **WILLIAM D. WHITED, et al.,** | ) CASE NO.  3:13-cv-01386-JJH |
| | ) |
| **Plaintiffs,** | ) JUDGE JEFFREY J. HELMICK |
| | ) |
| v. | ) MAGISTRATE JAMES R. KNEPP, II |
| | ) |
| **T&T EXPRESS, INC., et al.,** | ) NOTICE OF CHANGE OF ADDRESS |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| | ) |

PLEASE TAKE NOTICE that the address of Abigail Greiner has changed to:

Gallagher Sharp
1501 Euclid Avenue, 6th Floor
Cleveland, Ohio  44115

The telephone and e-mail address will remain the same.

Respectfully submitted,

/s/ Abigail Greiner
**JOSEPH W. PAPPALARDO (#0014326)**
**ABIGAIL GREINER (0087793)**
**Gallagher Sharp**
Sixth Floor – Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310 Telephone
(216) 241-1608 Facsimile
E-Mail:  jpappalardo@gallaghersharp.com
          agreiner@gallaghersharp.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2015, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record and/or parties by operation of the Court's electronic case filing system.  Parties may access this through the Court's electronic case filing system.

      /s/ Abigail Greiner
**JOSEPH W. PAPPALARDO (0014326)**
**ABIGAIL GREINER (0087793)**
**Gallagher Sharp**